THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clinton C.
 Folkes, Appellant.
 
 
 

Appeal From Richland County
 James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2010-UP-420
Submitted August 2, 2010  Filed September
 24, 2010    
AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Julie M. Thames, and Solicitor Warren
 Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Clinton C.
 Folkes was convicted of assault and battery with intent to kill and was
 sentenced to life imprisonment without the possibility of parole.  On appeal, Folkes argues the trial court erred in failing
 to charge the jury the absence of malice is not an element of assault and
 battery of a high and aggravated nature (ABHAN).  We affirm[1] pursuant to
 Rule 220(b)(1), SCACR, and the following authorities:  State v. Tyler,
 348 S.C. 526, 530-31, 560 S.E.2d 888, 890 (2002) ("[T]he
 absence of malice is not a required element of
 the offense of ABHAN."); State v. Curry, 370 S.C. 674, 682,
 636 S.E.2d 649, 653 (Ct. App. 2006) ("A charge is sufficient if, when considered as a whole,
 it covers the law applicable to the case.  The substance of the law is what
 must be charged to the jury, not any particular verbiage.") (internal
 quotation marks and citation omitted).
AFFIRMED.
FEW, C.J.,
 KONDUROS and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.